JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> STREAMLINE INTEGRATION, a California corporation formerly doing business as STREAMLINE SYSTEM DESIGNS; and BRIAN THOMAS ARMSTRONG, an individual, <br><br> Defendants. | CASE NO.: 2:21-cv-6261-SVW-AS <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement between Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and Defendants, Streamline Integration and Brian Thomas Armstrong, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is dismissed without prejudice. ~~The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.~~

Dated: February 4, 2022

/s/ Stephen V. Wilson
Honorable Stephen V. Wilson
United States District Judge