# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> STREAMLINE INTEGRATION, a California corporation formerly doing business as STREAMLINE SYSTEM DESIGNS; and BRIAN THOMAS ARMSTRONG, an individual, <br><br> Defendants. | CASE NO.: 2:21-cv-6261-SVW-AS <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice between Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and Defendants, Streamline Integration, a California corporation formerly doing business as Streamline System Designs, and Brian Thomas Armstrong, an individual, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

Dated: April 22, 2024

_____
Honorable Stephen V. Wilson
United States District Judge